FILED
MAR 13 2024
TIMOTHY MCGRANT, CLERK
DEP. CLERK

CASE # 24-10698

## Motion to Request Time Extension to File Payment plan and Financial Paperwork.

Your Honor, on this day March 13th 2024 I request of the court to grant an extention of time (60 days) in the above case. The reason for this extention is because I am undergoing cancer (chemo) treatments that started on March 12, 2024. I was diagnosed with bladder cancer in 9/2022. During a follow-up CAT scan it was revealed that the cancer spread to my lungs and lymphnodes. That was at the end of January. February was a series of doctor's appointments and tests, giving me little time to focus on anything but getting ahead of it. So I ask for 60 days to organize and get a plan together while I take these treatments and deal with the effects. Enclosed is my treatment schedule. Thank you.

Joseph Eddy Jerome

3/13/2024